

451 Park Avenue South
4th Floor
New York, NY 10016

Tel: 212-683-8080
Fax: 212-683-0404

www.ny-bca.com

# MEMBERSHIP LIST
## SEPTEMBER 24, 2015

**A & N INSTALLATION, INC.**
560-596 BERCIK STREET
ELIZABETH, NJ 07201
JASON KAJRIMAN - PRESIDENT
GERARD ARTZ - OPER. MANAGER
(908) 282-1503 FAX (908) 282-1509
jason@ancontracting.com

**ACC CONSTRUCTION CORP.**
6 EAST 32ND STREET
NEW YORK, NY 10016
MICHELE MEDAGLIA - PRESIDENT
GEORGE SAMIOU - PRINCIPAL
(212) 686-9331 FAX (212) 686-9332
mmedgalia@acc-construction.com

**AOF INSTALLATION SERV., INC.**
1115 BROADWAY - 6TH FL.
NEW YORK, NY 10010
DANIEL WEIGAND - V.P.
(212) 633-2400 FAX (212) 633-2777
dweigand@aof.com

**ARI PRODUCTS, INC.**
ONE MADISON STREET
EAST RUTHERFORD, NJ 07073
TERRENCE BARONE - V.P.
JOE CARROLL - V.P.
(973) 772-2777 FAX (973) 773-9717
tbarone@ariproducts.com

**ADAMS EUROPEAN CONTRACTING**
589 JOHNSON AVENUE
BROOKLYN, NY 11237
JACEK SKARZYNSKI-DIRECTOR. OF OPERATIONS
(718) 417-9000 FAX (212) 417-1093
jaceks@adamseuro.com

**ALEXANDRIA TILE CO., INC.**
2337 80TH STREET
BROOKLYN, NY 11214
ALI A. ELSAYED - PRESIDENT
(718) 256-6046 FAX (718) 256-6040
alialextile@aol.com

**AMBASSADOR CONSTRUCTION CO.**
105 MADISON AVENUE-SUITE 502
NEW YORK, NY 10016
CORY KOVEN - PRESIDENT
(212) 922- 1020 FAX (212) 949- 9762
ckoven@ambassadorconstruction.com

**AMCI CONSTRUCTION, INC.**
37-41 VERNON BLVD.
LONG ISLAND CITY, NY 11101
CHARLES MARINO - PRESIDENT
(718) 472-9500 FAX (718) 472-2250
info@amcicorp.com

**AMERICON CONSTRUCTION, INC**
120 BROADWAY, SUITE 1120
NEW YORK, NY 10271
THOMAS PRINCE
RICHARD CUCCI
(212) 274-0190 FAX (212) 274-0199
tprince@americoninc.com
rcucci@americoninc.com

**AMETIS INDUSTRIES, INC.**
130-23 229TH STREET
LAURELTON, NY 11413
RUTH HARVEY - PRESIDENT
(917) 833-2620 FAX (718) 525-0514
ametiscorp@gmail.com


**ANDREW JAMES INTERIORS, INC.**
50 N. NEW YORK AVENUE, STE 11
HUNTINGTON, NY 11743
FRANK TERRY - PRESIDENT
(631) 470-7503 FAX (631) 470-7506
frank.terry@andrewjamesinteriors.net

**ANDRON CONSTRUCTION CORP.**
21 ANDERSON LANE
GOLDENS BRIDGE, NY 10526
DONALD BENSON-TREASURER
MATTHEW WINTER -V.P.
(914) 232-7531 FAX (914) 232-4185
dbenson@androncc.com

**ARCHITECTURAL BUILDING DESIGN, INC.**
135 NEW PROVIDENCE ROAD
MOUNTAINSIDE, NJ 07092
GAYTON SIVOLELLA - OWNER
JOSEPH CALAVAGNA - OPER. MANAGER
(908) 672-0158 FAX (908) 789-2277
gaytonsiv@aol.com

**ART WOODWORK INC.**
36 DRIGGS AVENUE, 1B
BROOKLYN NY 11222
GRZEGORZ GIENIUSZ-PRESIDENT
(917) -478-3314 Fax TO FOLLOW
artwoodworkincny@gmail.com

**ATTRI ENTERPRISES, INC.**
892 METROPOLITAN AVENUE
BROOKLYN, NY 11211
SHRI ATTRI - PRESIDENT
(718) 486-7395 FAX (718) 384-6788
office@attrienterprises.com

**BDW WALL CORP.**
423 95TH STREET
BROOKLYN, NY 11209
(718) 745-7920 FAX (718) 745-4438
FRANK RACCUGLIA, JR. - PRESIDENT
frank@bdwcorp.com

**BARR & BARR, INC.**
460 WEST 34TH STREET
NEW YORK, NY 10001
DONALD BARR - PRESIDENT
THOMAS BARR - V.P.
(212) 563-2330 FAX (212) 967-2297
dbarr@barrandbarr.com

**R.C. BAAS CONSTRUCTION CORP.**
39-71 48TH STREET
LONG ISLAND CITY, NY 11104
MICHAEL SMYTH - PRESIDENT
(347) 526-9804 (FAX-TO FOLLOW)

**BLUE BIRD GROUP, INC.**
1183 A VALLEY ROAD
WAYNE, NJ 07470
(862) 221-5378 (FAX TO FOLLOW)
GORAN GJORGJIOSKI - PRESIDENT
IVETTE DOUGLAS - OFFICE MANAGER/BOOKKEEPER
goran@bluebirdgroup.us
ivette@bluebirdgroup.us

**BLUEHILL CONSTRUCTION, INC.**
44 FRANKLIN AVE.
PEARL RIVER NY 10965.
CHRISTOPHER DALTON - OWNER
(845) 597-7402 FAX (845) 201-8213
bluehillconstruc@aol.com

**BRENTWOOD BUILDING RESTORATION, INC.**
224 56TH STREET
BROOKLYN, NY 11220
CESAR RODRIGUEZ - PRESIDENT
(347) 231-5585 (FAX TO FOLLOW)

**BRYAN DOESIT, INC., (D/B/A B.D.I.)**
147 CENTRAL AVENUE
HACKENSACK, NJ 07601
MICHAEL J. TEATON- PRESIDENT
(201) 287-0800 FAX (201) 287-0808
mteaton@bryandoesit.com
dferraris@bryandoesit.com

**C & L CONTRACTING CORP.**
14-20 128TH STREET
COLLEGE POINT, NY 11356
ANTIMO J MASSARO - SEC./TREASURER
(718) 886-1958 FAX (718) 886-0620
amassaro@clcont.com

**CDS-MESTEL CONSTRUCTION CORP.**
2120 JERICHO TURNPIKE
GARDEN CITY PARK, NY 11040
NED ROTHBERG - PRESIDENT
EDWIN CABAN - COMPTROLLER
(516) 739-1685 Fax (516) 739-3957
ned@cdsmestelconstruction.com
edwin@ccdsmestelconstruction.com

**CLK CONSTRUCTION CO., INC.**
105 MADISON AVENUE-SUITE 502
NEW YORK, NY 10016
CORY KOVEN - PRESIDENT
(212) 986-4580 FAX (212) 949-9762
ckoven@ambassadorconstruction.com

**CNY BUILDERS, LLC**
214 WEST 39TH STREET
NEW YORK, NY 10018
DENNIS PRUDE - EXEC. VP
JAMES WRUM - VICE PRESIDENT
(212) 302-9060 FAX (212) 302-9280
dennis.prude@cnybuilders.com
jim.wurm@cnybuilders.com

**CALVIN MAINTENANCE, INC.**
50 EAST PALISADE AVENUE - SUITE 111
ENGLEWOOD, NJ 07631
JAMES G. MARRONE - VICE PRESIDENT
(201) 541-0030 FAX (201) 541-0071
james@waldorfdemolition.com

**CARLITO'S CONTRACTING CORP.**
104-35 205 PLACE
QUEENS, NY 11412
MEENAWATI RAM - PRESIDENT
ANDREA RAM
(929) 499-5654 (FAX TO FOLLOW)
andrea@carlitoscontracting.com

**CEDRIC CONSTRUCTION CORP.**
2022 HILLSIDE AVENUE
NEW HYDE PARK, NY 11040
MICHAEL D'ARPINO - PRESIDENT
DANIEL D'ARPINO - SEC. TREASURER
(516) 354-8855 FAX (516)-354-8239
ccc@cedricconstruction.com

**CIROCCO & OZZIMO, INC.**
125 VERDI STREET
FARMINGDALE, NY 11735
THOMAS CIROCCO
GREGORY OZZIMO
(631) 847-0185 FAX (631) 847-0054
tcirocco@ciroccoandozzimo.com
gozzimo@ciroccoandozzimo.com

**CITNALTA CONSTRUCTION CORP.**
1601 LOCUST AVENUE
BOHEMIA, NY 11716-2162
NICHOLAS GARGIULO
LARRY SITBON
MATTHEW BLITCH
(631) 563-1110 FAX (631) 563-3765
larrys@citnalta.com
mattb@citnalta.com

**CLUNE CONSTRUCTION CORP.**
405 LEXINGTON AVENUE
NEW YORK, NY 10174
TOMMY DWYER - OFFICER
PAT DWYER - VICE PRESIDENT
(212) 682-1789 FAX (212) 682-1863
pdwyer@clunegc.com

**COMMERCIAL INSTALLATIONS, INC.**
110 EAST 30TH STREET - 4TH FLOOR
NEW YORK, NY 10016
CHRISTOPHER DUNN - PRESIDENT
(212) 352-0030 FAX (212) 352-3185
cdunn@commercialfile.com

**COMMERCIAL PAYROLL, INC.**
68-18 52ND DRIVE
MASPETH, NY 11378
JOHN MORAN -PRESIDENT
(718) 478-3268 FAX (718) 478-3541
info@commercialpayrollservices.com

**COMMODORE CONSTRUCTION CORP.**
602 THIRD AVENUE
MT. VERNON, NY 10550
EILISH LOUGHRAN
(914) 297-3000 FAX (914) 297-3033
eloughran@commodoreconstruction.com

**COMPLETE CONSTR. CONTRACTING CORP.**
214 WEST 29TH STREET - SUITE 402
NEW YORK, NY 10001
THOMAS P. McEVOY - PRESIDENT
(212) 414-0260 FAX (212) 414-0605
tmcevoy@completeconstruction.cc

**COMPUTER FLOORS, INC.**
19 RICHMOND STREET
CLIFTON, NJ 07011
SCOTT HERRMANS - PRESIDENT
ROBERT SUNDLIN - VICE PRESIDENT
(973) 340-3666 FAX (973-340-1565
scott@computerfloors.us
robert@computerfloors.us

**CONCORD INTERIORS CORP.**
64 WEST 48TH STREET - SUITE 205
NEW YORK, NY 10036
ROBERT KOSTA - PRESIDENT
(212) 354-2144 FAX TO FOLLOW
concordinteriorscorp@gmail.com

**CONSTRUCTION RESOURCES CORP., OF NEW YORK**
6395 AMBOY ROAD - SUITE C
STATEN ISLAND, NY 10312
DAWN VARRONE - PRESIDENT
(718) 987-9595 FAX (718) 987-9599
dvarrone@constructionresourcesny.com

**CONSTRUCTOMICS, LLC**
40 BROAD STREET - 4TH FLOOR
NEW YORK, NY 10004
GLEN R. LEVEY - PRINCIPAL
TREVOR A. PRINCE - PRINCIPAL
(212) 337-2300 FAX (212) 337-3570
glevey@constructomics.com
tprince@constructomics.com

**CREATIVE CONSTRUCTION SERVS. CORP**
226-03 LINDEN BOULEVARD
CAMBRIA HEIGHTS, NY 11411
HANSON JAMES - PRESIDENT
(718) 525-2300 FAX (718) 525-2410
hjames@hjccs.com

**CREATIVE INSTALLATION SERVICE**
4 ETTY COURT
MANCHESTER, NJ 08759
JILL CONROY - PRESIDENT
(848) 565-1242 FAX (732) 657-4996
jillc@creativeinstallinc.com

**CROSS, NY**
846 SEVENTH AVENUE - 3RD FL.
NEW YORK, NY 10019
JOSEPH AGOSTA - PRESIDENT
MICHAEL GOLDBERG - V.P.
(212) 608-0100 FAX (212) 608-0713
mgoldberg@crossny.com

**D'APRILE, INC.**
1907 BELLMORE AVENUE
BELLMORE, NY 11767
FRANK RENNA - PRESIDENT
(516) 783-1393 FAX (516) 793-7043
daprileinc@aol.com

**DFL CARPENTRY, INC.**
170 BIRCHWOOD DRIVE
ELMWOOD PARK, NJ 07407
MICHAEL A. STACK - PRESIDENT
MICHAEL SMITH - V.P.
(201) 703-7900 FAX (201) 703-7992
dflinterior@yahoo.com

**DFNY DRYWALL & ACOUSTICS, INC.**
50 HOLLY STREET
YONKERS, NY 10704
SHARON CUNNANE - PRESIDENT
(914) 316-6547 FAX: (TO FOLLOW)
sharon.dfny@gmail.com

**DANMAR INTERIORS, INC.**
303 FIFTH AVENUE - SUITE 205
NEW YORK, NY 10016
BRENDAN SCOTT - PRESIDENT
(212) 679-1733 FAX (212) 679-1836
danmarinteriorsinc@gmail.com

**LEON D. DeMATTEIS CONSTR. CORP**
820 ELMONT ROAD
ELMONT, NY 11003
SCOTT DeMATTEIS
(516) 285-5500 FAX (516) 285-8248
has@dematteisorg.com

**DIAMOND NY CONSTRUCTION SERVICES, INC**
185 PRESIDENT PLACE
ISLAND PARK, NY 11558
MARY DIAMOND - PRESIDENT
(516) 305-2469 FAX (516) 431-6612
mdiamond@dnyconstruction.com

**DOLMEN DESIGN GROUP**
132 WEST 31ST STREET
NEW YORK, NY 10001
OWEN McCONNELL - PRESIDENT
(917) 887-7184 FAX (914) 432-0210
dolmendesignny@gmail.com

**DRILL CONSTRUCTION CO., INC.**
80 MAIN STREET
WEST ORANGE, NJ 07052
LAWRENCE K. DRILL - PRESIDENT
(973) 736-9350 FAX (973) 736-3776
lkdrill@drillconstruction.com

**EARTH CONSTRUCTION CORP.**
213-08 99TH AVENUE
QUEENS VILLAGE, NY 11429
JOANNA KARAGEORGIOU - PRESIDENT
(718) 479-5200 FAX (718) 479-1040
joanna@earthconst.com
nbeckett@earthconst.com

**EASTLAND CONSTRUCTION, INC.**
110 EAST END AVENUE
NEW YORK, NY 10028
NANCY SCHULMAN - PRESIDENT
(212) 744-1050 FAX (212) 861-0783
eastlandnyc@aol.com

**ECO SPECIALITIES, LLC.**
1160 RT. 22 WEST - SUITE 102
MOUNTAINSIDE, NJ 07092
ROBERT GUDE - FIELD OPER. SUPERVISOR
DEEP SINGH - ACCT. EXECUTIVE
(908) 654-6600 FAX (908) 654-6605
deepsingh@ecospecialitiesllc.com

**EIC ASSOCIATES, INC**
140 MOUNTAIN AVE. - SUITE 303
SPRINGFIELD, NJ 07081
ANDRE B. AMEER - OFFICER
(973) 315-0200 FAX (973) 315-0218
abameer@eicassociates.com

**ELITE INTERIOR SYSTEMS, INC.**
79 ALEXANDER AVE. UNIT 34A
BRONX, NY 10454
MARK O. McMORROW - PRESIDENT
(718) 401-3706 FAX (718) 401-3710
eliteinter@yahoo.com

**EMPIRE OFFICE, INC.**
105 MADISON AVENUE - 15TH FL.
NEW YORK, NY 10016
MARTIN HILLS - CFO
(212) 607-5500 FAX (212) 607-5650
mhills@empireoffice.com

**EMPIRE OUTLET BUILDERS, LLC**
150 MYRTLE AVENUE - SUITE 2
BROOKLYN, NY 11201
DONALD CAPOCCI - MEMBER
(718) 422-9999 FAX (To Follow)
dcapoccia@bfcny.com

**ENVIROCHROME INTERIORS & DESIGN, INC.**
80 PARK AVENUE
NEW YORK, NY 10016
BRIAN ROTHCHILD - PRESIDENT
(212) 687-7330 FAX (212) 687-7609
brothschild@envirochrome.com

**EUROTECH CONSTRUCTION CORP.**
135 WEST 50TH STREET - 5TH FLOOR
NEW YORK, NY 10020
FAY DEVLIN
(212) 594-7474 FAX (212) 594-1849
fay@eurotechny.com

**EXCEL INSTALATIONS**
40 MOUNTAIN ROAD
RIDGEFIELD, CT 06877
ROBERT DeROMA - PRINCIPAL
(917) 642-7156 (FAX TO FOLLOW)

**EXECUTIVE TRIM, LLC**
P.O. BOX 702
GLOVERSVILLE, NY 12078
ROLAND MANN - CEO
SHERRY SIMONDS - CFO
(843) 655-4512 FAX (917) 522-9706
rolandjmann@gmail.com

**EXTERIOR WALL & BUILDING CONSULTANTS, INC.**
226 EAST MERRICK ROAD
VALLEY STREAM, NY 11580
MATT CARUSO - PRESIDENT
(516) 256-0317 FAX (516) 256-0335
matt@crs-group.com

**FM CONSTRUCTION, INC.**
1953 46TH STREET
ASTORIA, NY 11105
(718) 721-4690 X. 202 FAX (718) 721-8114
GERALD MARIC - OWNER
LINDA ZAHN- PRESIDENT
gmaric@maricmechanical.com

**FCR CONSTRUCTION SERVICES, LLC.**
ONE METROTECH CENTER NORTH
BROOKLYN, NY 11201
JOSEPH RECHICHI - SR. V.P.
(718) 923-8400 FAX (718) 923-8766
bsana@fcrc.com

**FCS GROUP, LLC**
25 HUTCHESON PLACE
LYNBROOK NY 11563
NEIL SINGH - PRESIDENT
(516) 599-4100 FAX (516) 599-0828
nsingh@fcsnewyork.com

**FINALY GENERAL CONTRACTING CORP.**
130 WEST 29TH STREET
NEW YORK, NY 10001
EDWARD PITRE -V.P. OF OPERATIONS
(212) 760-0335 FAX (212) 760-0353
office@finalygc.com

**JAMES E. FITZGERALD, INC.**
252 WEST 38TH STREET - 10 FL.
NEW YORK, NY 10018
JOHN FITZGERALD - PRESIDENT
(212) 921-8700 FAX (212) 302-8730
johnf@jefgc.com

**FRATCO CONSTRUCTION CORP.**
273 WALT WHITMAN ROAD - STE.248
HUNTINGTON STATION, NY 11746
JOHN CIANCI - PRESIDENT
(914) 737-1011 FAX (914) 737-1011
fratcoconst@aol.com

**B.R. FRIES & ASSOCIATES, LLC.**
34 WEST 32ND STREET - 7TH FLOOR
NEW YORK, NY 10001
BARRY R. FRIES - CEO
STEVE SCOFIELD - DEO
(212) 563-3300 FAX (212) 629-6029
barryf@brfries.com
steves@brfries.com

**FRITCH CONSTRUCTION CO., INC.**
2 RAILROAD AVENUE
NORTHPORT, NY 11731
MAUREEN FRITCH - PRESIDENT
(631) 757-5702 FAX (631) 757-1151
mfritch@fritchconstruction.com

**GSR CONCRETE TOV, LLC.**
251 WEST 39TH STREET- FL. 8
NEW YORK, NY 10018
RON YEFFET - PRESIDENT
ARTHUR MELNYCHENKO- OFFICE MGR
(646) 619-1652 FAX (646) 619-1655
ryeffet@gsrconcrete.com

**JOHN GALLIN & SON, INC.**
102 MADISON AVENUE - 9TH FLOOR
NEW YORK, NY 10016
MARK VARIAN - PRESIDENT
MICHAEL GALLIN - V.P.
CHRIS GALLIN - V.P.
(212) 252-8900 FAX (212) 252-8910
markv@gallin.com

**GANNON/VITOLO CONTRACTING, LLC**
49 WEST 38TH STREET - 6TH FLOOR
NEW YORK, NY 10018
GREGORY GANNON
ROBERT VITOLO
(212) 382-4210 FAX (212) 382-4201
ggannon@gvcllc.com

**GANTER INTERIORS, INC.**
231 WEST 29TH STREET - SUITE 405
NEW YORK, NY 10001
TILL LAGRANDE - COO
MANFRED HICKER - DIR. OF PROJ.MGNT.
(212) 643-9464 FAX (212) 643-9468
till@ganter-interior.com

**GEM ATLAS CARPENTRY CORP.**
92 E. SANFORD STREET
YONKERS, NY 10704
ALICE JENNINGS - PRESIDENT
(917) 682-4447 (Fax to Follow)
alice.jennings4@gmail.com

**GLENWOOD MANAGEMENT SERVS. INC.**
850 McLEAN AVENUE
YONKERS, NY 10704
MARY IRWIN McPHELIM-PRESIDENT
(914) 260-4405 FAX (TO FOLLOW)
ldenti@hallgc.com

**GOTHAM CONSTRUCTION CO., LLC.**
1010 AVENUE OF THE AMERICAS - 4TH FL.
NEW YORK, NY 10018
JOHN GIAMMARELLA - PRESIDENT
JOEL PICKET - CHAIRMAN
DAVID PICKET - VICE PRESIDENT
(212) 599-0520 FAX (212) 983-4588
jgiammarella@gothamconstruction.com

**H.R.A.D. CONSTRUCTION CO., INC.**
12-06 149TH STREET
WHITESTONE, NY 11357
WAYNE ADDERLEY - PRESIDENT
(718) 640-9001 FAX (718) 640-9002
hradconstruction@aol.com

**HENEGAN CONSTRUCTION CO., INC.**
250 WEST 30TH STREET
NEW YORK, NY 10001
MAUREEN HENEGAN - CHAIR/CEO
PAUL BRYCE - PRESIDENT/COO
(212) 947-6441 FAX (212) 736-0703
mahenegan@henegan.com
pjbryce@henegan.com

**HELLMAN CONSTRUCTION CO., INC.**
79 WATERMILL LANE
GREAT NECK, NY 11021
(516) 829-9292 FAX (516) 829-9412
RONALD HELLMAN -PRESIDENT
ronhellman@hellmanconstruction.com

**HI TECH DATA FLOORS, INC.**
1885 SWARTHMORE AVENUE
LAKEWOOD, NJ 08701
ROBERT McCROSSAN - PRESIDENT
(732) 905-1799 FAX (732) 905-1442
bob@htdf-inc.com

**ROBERT HINDMAN, INC.**
25 WEST 45TH STREET - SUITE 302
NEW YORK, NY 10036
DOUGLAN HINDMAN
(212) 840-4102 FAX (212) 840-3237
hindmaninc@verizon.net

**HOLT CONSTRUCTION CORP.**
50 EAST WASHINGTON AVENUE
PEARL RIVER, NY 10965
CHRIS ASARO - PRESIDENT
JAY HOLT - VICE PRESIDENT
(845) 735-4054 FAX (845) 735-4570
casaro@holtcc.com

**AG HOUSMAN COMMERCIAL CONTRACTING, INC.**
370 ST. MARKS PLACE
STATEN ISLAND, NY 10301
ALFRED HOUSMAN - PRESIDENT
MICHELE FIORE - OFFICE MANAGER
(888) 866-1779 FAX (888) 310-6365
alfyhouse@gmail.com

**E.W. HOWELL CO., LLC.**
245 NEWTOWN ROAD - SUITE 600
PLAINVIEW, NY 11803
HOWARD L. ROWLAND - PRESIDENT
(516) 921-7100 FAX (516) 921-7678
hrowland@ewhowell.com

**H. M. HUGHES CO., INC.**
323 EAST 65TH STREET
NEW YORK, NY 10021
VINCENT MASSINA - PRESIDENT
(212) 772-7790 FAX (212) 517-3269
vcm@hmhughes.com

**HUNTER ROBERTS CONSTRUCTON GROUP, LLC**
55 WATER STREET - 51ST FLOOR
NEW YORK, NY 10041
KEVIN M. BARRETT - EXECUTIVE V.P.
(212) 321-6800 FAX (212) 321-6907
kbarrett@hunterrobertscg.com

**IGM CONSTRUCTION, INC.**
**(IL GATTO MORTO)**
153 E. CENTRAL AVENUE
PEARL RIVER, NY 10965
EDWARD McCORMACK - V.P.
(718) 585-6904 FAX (718) 585-6908
aidan@igmconstruction.com

**IANNELLI CONSTRUCTION CO., INC.**
9723 3RD AVENUE
BROOKLYN, NY 11209
THOMAS IANNELLI
(718) 836-2000 FAX (718) 833-5416
ti@iancc.com

**ICON INTERIORS. INC.**
307 SEVENTH AVENUE - SUITE 203
NEW YORK, NY 10001
ROBERT FRANKENBERRY - V.P.
(212) 675-9180 FAX (212) 675-9257
rfrankenberry@iconinteriors.com

**INNOVAX PILLAR, INC.**
67 LAFAYETTE AVENUE - 2 FL.
WHITE PLAINS, NY 10603
HAROLD F. SMITH - PRESIDENT
(914) 681-0265 FAX (914) 681-0235
hal@innovaxpillar.com

**INTERIOR RESOURCES MANAGEMENT**
PMB # 120 3 RYE RIDGE PLAZA
RYE BROOK, NY 10573
THOMAS GENTILE - PRESIDENT
(914) 403-7870 FAX (914) 935-9201
tgentile@interiorresourcegrp.com

**JAK CONSTRUCTION SERVICE, LLC**
51-05 34TH STREET
LONG ISLAND CITY, NY 11101
JOSEPH LIVOTI-MANAGING MEMBER
(718) 383-5440 FAX (718) 795-9401
jak_info@yahoo.com

**JGN CONSTRUCTION CORPORATION**
66-40 69TH STREET
MIDDLE VILLAGE, NY 11379
JOHN NICHOLIS - PRESIDENT
(718) 894-5300 FAX (718) 894-5350
nicholis@jgnconstruction.com

**J. A. JENNINGS, INC.**
211 EAST 43RD STREET - SUITE 1400
NEW YORK, NY 10017
JAMES A. JENNINGS, III - PRESIDENT
(212) 490-0740 FAX (212) 490-0751
jjennings@jajenningsinc.com

**JOYCE INTERIORS, INC.**
220 FERRIS AVENUE - SUITE 105
WHITE PLAINS, NY 10603
PATRICK GORHAM - OWNER/PRESIDENT
BOB Del GUERCIO - V.P. OF OPERATIONS
(914) 420-6343 FAX (914) 886-0257
bob@joyceinteriors.com

**KG CONSTRUCTION SERVICES, INC.**
55 OLD NYACK TURNPIKE, STE.204
NANUET, NY 10954
SANJIVKUMAR PATEL - PRESIDENT
(845) 215-9490 FAX (845) 215-9489
spatel@kgconstruction.net
eldho@kgconstruction.net

**KMF CONSTRUCTION, INC.**
280 SICKLETOWN ROAD
ORANGEBERG, NY 10962
ELAINE McLOUGHLIN - PRESIDENT
PAUL McLOUGHLIN - V.P.
(845) 848-2096 FAX (845) 353-2720
kmfconstruction@optonline.net

**KFKA CONSTRUCTION, INC.**
38-30 28TH STREET
LONG ISLAND CITY, NY 11101
CHRISTOPHER VARDAROS - V.P.
(718) 937-0020 FAX (718) 937-1008
cvardaros@kafkaconstruction.net

**KEL-TECH CONSTRUCTION, INC.**
12-11 REDFERN AVENUE
QUEENS, NY 11691
PHILIP KELLEHER - PRESIDENT
(718) 383-3353 FAX (347) 619-5619
rana@keltechconstruction.com

**KEYSTONE CONSTRUCTION & DEVELOPMENT, INC.**
372 N. MAIN STREET
LODI, NJ 07644
ANDRE ALVAREZ - PRESIDENT
(973) 777-9200 FAX (973) 777-6021
aakeystone@yahoo.com

**H. C. KRANICHFELD, INC.**
100 WILSON ROAD - APT. 18
SPRINGFIELD, NJ 07081
HELENE F. KRANICHFELD - V.P.
DR. WM. H. KRANICHFELD, JR.
(908) 273-5012 FAX (TO FOLLOW)
hkranichfe@aol.com

**J.A. LEE CONSTRUCTION, INC.**
23-55 BORDEN AVENUE
LONG ISLAND CITY, NY 11101
THOMAS YACOPINO - V.P./COO.
(718) 729-7662 FAX (718) 729-4111
tyacopino@jalee.us

**LEED INSTALLATIONS, INC**
140 WEST 36TH STREET, - 4TH FLOOR
NEW YORK, NY 10018
MICHAEL BABARCICH - OFFICER
(212) 868-9766 FAX (212) 868-9755
leedconstructioncorp@gmail.com

**LINDE- GRIFFITH CONSTRUCTION**
152 PASSAIC STREET
NEWARK, NJ 07104
RAYMOND A. FINLEY, III - OFFICER
(973) 481-1106 FAX (973) 481-0755
ray@linde-griffith.com

**LINEAR CONTRACTING, INC.**
114 McCLEAN AVENUE
STATEN ISLAND, NY 10305
LORI PARRINO - PRESIDENT
(718) 980-0088 FAX (718) 980-2909
lparrino@linearcontracting.com

**LONG ISLAND CONCRETE, INC.**
31-31 48TH AVENUE
LONG ISLAND CITY, NY 11101
THOMAS J. PERNO - OWNER
(718) 784-4606 FAX (718) 784-4624
tperno@longislandconcrete.net

**MBI GROUP (MANHATTAN BUSINESS INTERIORS, INC.)**
48 WEST 37TH STREET - 9TH FL.
NEW YORK, NY 10018
EDWARD S. CAMPANELLA - PRESIDENT
(212) 376-4400 FAX (212) 376-6260
ecampanella@mbiny.com

**M. D. F.CONTRACTING CORP.**
220 TYSENS LANE
STATEN ISLAND, NY 10306
MICHAEL FAZIO - PRESIDENT
(718) 979-0126 FAX (718) 979-0189
mjmn220@aol.com

**MV INTERIORS, INC.**
61-60 71st STREET
MIDDLE VILLAGE, NY 11379
(718) 210-8069 FAX (718) 457-5277
ANGELA GUIDA - PRESIDENT
mvinteriorsinc@aol.com

**J.T. MAGEN & CO., INC./WEST CONTRACTING CORP.**
44 WEST 28TH STREET 11TH FLOOR
NEW YORK, NY 10001
MAURICE REGAN - PRESIDENT
(212) 790-4200 FAX (212)790-4201
mregan@jtmagen.com

**THE MANHATTAN COMPANY OF NEW YORK**
700 ROCKAWAY TURNPIKE, SUITE 403
LAWRENCE, NY 11559
MICHAEL McGARRY - PRESIDENT
(516) 341-0920 FAX (516) 341-0921
m_mcgarry@themanhattancompany.com

**METRO FURNITURE DELIVERY (D.B.A. FITCO)**
57-47 47TH STREET
RIDGEWOOD, NY 11378
SHAMUS M. BARNES - PRESIDENT
(718) 628-6000 FAX (718) 628-1516
sbarnes@fitcony.com

**METROPOLITAN SIDEWALK SHED & EQUIPMENT, LLC**
232 MADISON AVE, SUITE 510
NEW YORK, NY 10016
BRUNO MENDOZA - PRESIDENT/ OWNER
SANDRA BARROSO - PROJECT MANAGER
(646) 861-1852 (FAX TO FOLLOW)
bmendoza@metroshedllc.com
sbarroso@metroshedllc.com
gfaltas@metroshedllc.com

**MILLENNIUM CONTRACTING SERVICE CORP.**
1700 10TH AVENUE
BROOKLYN, NY 11215
LOUIS ROBERT VIOLA - PRESIDENT
(718) 499-9159 FAX (718) 788-8113
millennium557@aol.com

**N.J.D.WIRING & ELECTRIC, INC.**
213-08 99TH AVENUE
QUEENS VILLAGE, NY 11429
PETER KARAGEORGIOU - PRESIDENT
(718) 479-5400 FAX (718) 479-3063
peter@njdelectric.com
nbeckett@njdelectric.com

**NATIONAL ACOUSTICS, INC.**
13-06 43RD AVENUE
LONG ISLAND CITY, NY 11101
TIMOTHY MALONE - PRESIDENT
(212) 695-1252 FAX (212) 695-4539
tmalone@nationalacoustics.com

**NATIONAL ENVIRONMENTAL SAFETY CO., INC.**
12-17 38TH AVENUE
LONG ISLAND CITY, NY 11101
MARK CANELLOS - V.P.
(718) 361-0044 FAX (718) 361-0846
hollydell@nesco.cc

**NATIONWIDE FURNITURE INSTALLERS**
810 SEVENTH AVENUE - 2ND FL.
NEW YORK, NY 10019
CHRISTOPHER RUSSO - V.P. OPERATIONS
(212) 721-7100 FAX (212) 721-4015
crusso@afd-inc.com

**NAVILLUS TILE, INC.**
(D.B.A. NAVILLUS CONTRACTING & D.B.A. NAVILLUS GENERAL CONTRACTORS)
575 FIFTH AVENUE - 29TH FLOOR
NEW YORK, NY 10017
DONAL O'SULLIVAN - PRESIDENT
(212) 750-1808 FAX (212) 750-4015
dosullivan@navillusinc.com

**NEW YORK CITY ACOUSTICS, INC.**
44 LaFORGE PLACE
STATEN ISLAND, NY 10302
MICHAEL CECILIANCI - PRESIDENT
(718) 727-1500 FAX (718) 727-1330
mcnyca@verizon.net

**NIKHI CONTRACTING CORP.**
898 GREEN STREET SUITE 201
ISELIN, NJ 08830
(732) 218-5680 FAX (732) 218-5730
VIJAY KAMARAJUGADDA-PRESIDENT
vijay@nikhicorp.com

**NORTHERN BAY CONTRACTORS, INC.**
9-15 38th AVENUE
LONG ISLAND CITY, NY 11101
ADAM WEITMAN - PRESIDENT
(718) 937-2420 FAX (718) 937-2518
aweitman@nbciny.com

**NURMINEN CONSTR. OF NY, INC.**
249 GOFFLE ROAD
HAWTHORNE, NJ 07506
PASI NURMINEN - PRESIDENT
(973) 427-7090 FAX (973) 427-5230
pasi@nurminen.com

**ON-TRAC CONSTRUCTION ASSOCIATES, INC**
88-60 MYRTLE AVENUE
GLENDALE, NY 11385
IGNAZIO ARTALE- PREDSIDENT
VIC VACCARIELLO - VICE PRESIDENT
(718) 441-6717 FAX (718) 441-6714
iartale@on-tracconstruction.com
vvaccariello@on-tracconstruction.com

**DAVE OSBORNE CONSTRUCTION CONTRACTING, INC.**
15600 28TH AVENUE N.
PLYMOUTH, MN 55447
DAVE OSBORNE, - PRESIDENT
(763) 540-0232 FAX (763) 278-7311
dosborne@nfi-usa.com

**PM CONTRACTING COMPANY, LLC**
44 WALL STREET - 12TH FLOOR
NEW YORK, NY 10005
MICHAEL LEAHY - PRESIDENT
(212) 785-8080 FAX (212) 785-2548
klachhman@pmcontracting.com

**PAL ENVIRONMENTAL SAFETY CORP.**
**(D/B/A/PAL ENVIRONMENTAL SERVICES)**
11-02 QUEENS PLAZA SOUTH
LONG ISLAND CITY, NY 11101
SALVATORE DiLORENZO - PRESIDENT
(718) 349-0900 FAX (718)349-2800
sdilorenzo@palcorp.com

**PAVARINI McGOVERN, LLC.**
770 BROADWAY - 10TH FL.
NEW YORK, NY 10003-9522
ERIC McGOVERN - PRESIDENT/CEO
(212) 907-0900 FAX (212) 907-0901
asokolowski@pavarini.com

**T.B. PENICK & SONS, INC.**
15435 INNOVATION DR. #1800
SAN DIEGO, CA 92128
TIM PENICK - PRESIDENT
SHADOW SOUTHER - HR MGR.
PETER LUPO - RISK MGR.
STEVE LEVAN - OPER. MGR.
(858) 558-1800 FAX (858) 558-1881
shadows@tbpenick.com
peterl@tbpenick.com
stevel@tbpenick.com

**PHOENIX INTERIOR**
**CONTRACTING CO., INC.**
308 MAIN STREET
NEW ROCHELLE, NY 10801
THOMAS DIMARCO - VICE PRESIDENT
(914) 637-8100 FAX (914) 637-8101
info@phoenixcontracting.org

**PRECISE MANAGEMENT, INC.**
68 JAY STREET - SUITE 307
BROOKLYN, NY 11201
CHERYL IGHODARO - PRESIDENT
OSAGIE IGHODARO - V.P.
(718) 855-2551 FAX (718) 522-3735
cighodaro@precisemgt.com

**PRISTINE SERVICES, INC.**
P.O. BOX 284
WHITE PLAINS, NY 10605
MARIA CHRISTIANO - PRESIDENT
(914) 381-2200 FAX (914) 698-7101
briancoffield@pristineservices.com

**PRO CONSTRUCTION SPECIALTY CORP.**
**(SCAFFOLDING DIVISION)**
821 EAST LINDEN AVEUE
LINDEN, NJ 07036
TED McKEOWN
(908) 862-9488 FAX (908) 862-9489
proconstruction1@aol.com

**E.C. PROVINI CO., INC.**
1 BETHANY ROAD - SUITE 24
HAZLET, NJ 07730
EDMUND PROVINI - PRESIDENT
DIANE PROVINI - SEC.
(732) 739-8884 FAX (732) 739-8886
eprovini@ecprovini.com

**PULCO, INC.**
230 WEST 41ST STREET - 15TH FLOOR
NEW YORK, NY 10036
JAMES T. AURICCHIO - PRESIDENT
(212) 221-7812 FAX (212) 221-7833
jauricchio@pulcoinc.com

**RCDOLNER, LLC.**
307 FIFTH AVENUE - 9TH FLOOR
NEW YORK NY 10016
ANTHONY DOLCE - PRINCIPLE
(212) 531-8600 FAX *(212).531-8680*
adolce@rcdolner.com

**RAISED COMPUTER FLOORS, INC.**
280 NORTH MIDLAND AVENUE
SADDLE BROOK, NJ 07662
BORJE HOLMQVIST - PRESIDENT
KEVIN NORDMAN - V.P.
(201) 703-8150 FAX (201) 703-8154
kevin@raisedcomputerfloors.com

**REGIONAL FURNITURE SYSTEMS**
54 CHURCH STREET P.O. BOX 1092
ALPINE, NJ 07620
EDWIN COBOS-PRESIDENT
(201) 767-3434 FAX (201) 767-5405
regionalfurnsys@aol.com

**REINFORCED CONCRETE & MASONRY CONSTRUCTION (D.B.A. BROAD CONSTRUCTION CORP.)**
125 MAIDEN LANE - 15A
NEW YORK, NY 10038
CAMIAR RABBAN - OFFICER
(212) 742-0400 FAX (212) 742-0404
emily@broadconstruction.us

**ROCKMORE CONTRACTING CORP.**
80 REMINGTON BOULEVARD
RONKONKOMA, NY 11779
JOHN (SEAN) FINN - PRESIDENT
(631) 366-6200 FAX (631) 366-2556
sfinn@rockmorecontracting.com

**REVAL SOLUTIONS, INC.**
416 EAST 236th STREET
BRONX, NY 10470
PAUL LAVERY - PRESIDENT
(718) 418 0983 FAX (718) 418-0984
revalsolutions@yahoo.com

**SKM NORTHEAST, INC.**
57-31 59th STREET
MASPETH, NY 11378
WALTER MARANO - PRESIDENT
(718) 894-2391 FAX (718) 326-0526
wmarano@skmnortheast.com

**SPK/LEWIS, INC.**
28 WEST 25TH STREET
NEW YORK, NY 10010
EDWARD S. LEWIS - PRESIDENT
(212) 645-6800 FAX (212) 645-9780
lewis@spklewis.com

**SAGE GENERAL CONTRACTING CORP.**
165 SUMMERFIELD STREET
SCARSDALE, NY 10583
LUIGI CASALE - PRESIDENT
(914) 403-1858 FAX (914) 375-0620
luigic848@gmail.com

**SAMAP U.S.A. CORP.**
18 BRIDGE STREET- UNIT 2A
BROOKLYN, NY 11201
PIETRO SARTORI - OWNER
JAY DUBIN BUSINESS DEVELOPMENT DIR
(646) 843-9575 FAX (TO FOLLOW)
pietro.samapmontaggi@gmail.com
jay.samapusa@gmail.com

**SAN JON, INC.**
420 LEXINGTON AVENUE, STE.340
NEW YORK, NY 10170
RICHARD C. CORRELL - PRESIDENT
(212) 692-0611 FAX (212) 692-0601
r.correll@sanjoninc.com

**F.J. SCIAME CONSTRUCTION CO., INC.**
14 WALL STREET - 2ND FL.
NEW YORK, NY 10005
FRANK SCIAME - PRESIDENT
RALPH THOMPSON - V.P.
(212) 232-2200 FAX (212) 248-5313
frank.sciame@sciame.com
rthompson@sciame.com

**SHAW CONTRACTING LTD.**
45 SOUTH MALL
PLAINVIEW, NY 11803
RAYMOND LEOTTA - PRESIDENT
(516) 249-3331 FAX (516)249-7169
rayleotta@shaw-gc.com

**SHELBOURNE CONSTRUCTION CORP.**
44-02 23RD STREET - SUITE 306
LONG ISLAND CITY, NY 11101
DAVID O'BRIEN - CEO
(718) 392-6050 FAX (718) 392-3868
david@shelbourneconstruction.com

**SKANSKA USA BUILDING, INC.**
350 FIFTH AVENUE - 32ND FL.
NEW YORK, NY 10118
RICHARD KENNEDY- CO/COO
SEAN SZATKOWSKI - VP-OPERATIONS
(917) 438-4500 FAX (866) 597-7899
richard.kennedy@skanska.com
Sean.Szatkowski@skanska.com

**SKYLINE INDUSTRIES, LLC.**
45-10 VERNON BOULEVARD
LONG ISLAND CITY, NY 11101
DUNYO AWOONOR - PRESIDENT
(347)-730-6035 FAX (347)-730-6064
dawoonor@skylinellp.com

**SMEG CORPORATION**
42-06 235TH STREET
DOUGLASTON, NY 11363
MARTIN RODOW - PRESIDENT
(718) 225-1700 FAX (718) 225-1702
martyrodow@smeg-corp.com

**SPIRAL CONSTRUCTION CORP.**
191 VERNON AVENUE
YONKERS, NY 10704
PETER REYNOLDS - PRESIDENT
(914) 494-6261 FAX (To Follow)
spiralconstructioncorp@gmail.com

**STARR INDUSTRIES, LLC**
30 PARK AVENUE #3H
NEW YORK, NY 10016
MARIAN VIJOLAN BOBELEA - PRESIDENT
(718) 662-0246 (FAX TO FOLLOW)
marianbobelea@yahoo.com

**STRUCTURE TONE, INC.**
770 BROADWAY 9TH FL.
NEW YORK, NY 10003
SCOTT CORNEBY - SR.V.P./DIR.OF OPER.
(212) 481-6100 FAX (212) 505-3094
scorneby@structuretone.com

**SUGRUE CONTRACTING CORP.**
51-04 VERNON BOULEVARD
LONG ISLAND CITY, NY 11101
JAMES SUGRUE - VICE PRESIDENT
(718) 937-3370 FAX (718) 361-1562
jsugrue@sugruecontracting.com

**SUPERIOR ACOUSTICS, INC.**
149 MADISON AVENUE - SUITE 600
NEW YORK, NY 10016
JAMES McGUIGAN - CEO
KENNETH McGUIGAN PRESIDENT
(212) 685-4681 FAX (212) 685-4682
kenm@superioracoustics.com

**SWEENEY & HARKIN CARPENTRY & DRYWALL CORP.**
5-25 47TH ROAD
LONG ISLAND CITY, NY 11101
CELESTINE DONAGHY - PRESIDENT
(718) 392-0190 FAX (718) 729-6527
vgonzalez@sweeneyharkin.com

**SWEET CONSTRUCTION CORP.**
5 HANOVER SQUARE - 5TH FL.
NEW YORK, NY 10004
STEVE ALESSIO - PRESIDENT
(212) 929-2100 FAX (212) 463-7107
salessio@sweetconstruction.com

**T.B. PENICK & SONS, INC.**
15435 INNOVATION DR. #100
SAN DIEGO, CA 92128
TIM PENICK - PRESIDENT
SHADOW SOUTHER - HR MANAGER
PETER LUPO - RISK MANAGER
STEVE LEVAN - OPERATIONS MANAGER
(858) 558-1800 FAX (858) 558-1881
shadows@tbpenick.com
petel@tbpenick.com
stevel@tbpenick.com

**TDX CONSTRUCTION CORP.**
345 SEVENTH AVENUE
NEW YORK, NY 10001
JAMES JONES - PRESIDENT
LOGAN HURST - TREASURER
(212) 279-1981 FAX (212) 279-1983
jjones@tdxconstruction.com

**TALISEN CONSTRUCTION CORPORATION**
213 WEST 35TH STREET -STE. 1302
NEW YORK, NY 10001
JOSEPH RIGAZIO - PRINCIPAL & CEO
(212) 244-4581 FAX (212) 244-4145
jrigazio@talisencorp.com

**TANGENT CONSTRUCTION, INC.**
224 WEST 35th STREET- SUITE 604
NEW YORK, NY 10001
LIAM HANLEY - PRESIDENT
(212) 239-8410 FAX (212) 239-8411
lhanley@tangent-construction.net

**TECHNO ACOUSTICS HOLDINGS, LLC**
58-85 57TH STREET
MASPETH, NY 11378
MICHAEL O'SULLIVAN - PRESIDENT
(718) 784-3730 FAX (718) 937- 3267
mosullivan@technoacoustics.com

**TISHMAN CONSTRUCTON CORPORATION, AN AECOM COMPANY**
100 PARK AVENUE
NEW YORK, NY 10017
DANIEL R. TISHMAN- CHAIRMAN
JAY BADAME - PRESIDENT & COO
MICHAEL MENNELLA - EXECUTIVE V.P.
ALLAN PAULL - SENIOR V.P.
(212) 399-3600 FAX (212) 957-9791
jay.badame@aecom.com
allan.paul@aecom.com

**TOMCO MECHANICAL CORPORATION**
125 STATE STREET
WESTBURY, NY 11590
JOHN MARTINELLI - VICE PRESIDENT
(516) 546-5700 FAX (516) 546-7521
jmartinelli@tomcomechanical.com

**TOP ROCK INTERIORS, INC.**
22 RASPBERRY LANE
CARMEL, NY 10512
KEVIN SHERIDAN - PRESIDENT
(914) 582-2977 FAX (TO FOLLOW)
kevintoprock@gmail.com

**TRACKFAST, INC.**
11 RIDGE STREET
EASTCHESTER, NY 10709
PATRICK FARRELL - PRESIDENT
(914) 652-7301 FAX (TO FOLLOW)
patrick@trackfastinc.com

**TRIDENT INSTALLATIONS, INC.**
140 WEST 36TH STREET - 4TH FLOOR
NEW YORK, NY 10018
(212) 868-9766 FAX (212)-868-9755
CHRISTOPHER SALAZAR - PRINCIPAL
tridentinstallations@gmail.com

**TWENTY FOUR 7 CONTRACTING CO.**
2290 PINE STREET
MERRICK, NY 11566
CARL RUSSO - PRESIDENT
(212) 532-3090 FAX (212) 532-2616
billy@247installers.com

**UNITY CONSTRUCTION GROUP**
137 VARICK STREET - SUITE 404.
NEW YORK, NY 10013
CHARLES D. BALSAMO - CEO
GEORGE DiSTEFANO - SENIOR. V.P.
(212) 661-7950 FAX (212) 661-7978
cbalsamo@unity-cd.com

**UNIVERSAL CONSTRUCTION RESOURCES, INC.**
55 NORTHERN BLVD. SUITE 306
GREAT NECK, NY 11021
MUHAMMAD MANSOOR - PRESIDENT
(516) 439-5150 FAX (516) 439-5148
mmansoor@ucrinc.net

**THE URBAN GROUP, LTD.**
18 CRESCENT STREET
BROOKLYN, NY 11208
GEWAN BHARATLALL - PRESIDENT
CRAIG MIEHILING - PROJECT MGR.
COMPTON SAYWACK -PURCHASING MGR.
(718) 521-1141 FAX (718) 521-1142
gewan@theurbangroupltd.com
chris@theurbangroupltd.com

**VRH CONSTRUCTION CORP.**
320 GRAND AVENUE
ENGLEWOOD, NJ 07631
MAURICE J. CURRAN - V.P.
(201) 871-4422 FAX (201) 871-6727
m.curran@vrhcorp.com

**VILLA CONSTRUCTION, INC.**
189 BRADY AVENUE 2ND FLOOR
HAWTHORNE, NY 10532
VINCENT DiNOTA- PROJECT MANAGER
(914) 747-3277 FAX (914) 747-4425
vdinota@villac.com

**WDF, INC.**
30 NORTH MACQUESTEN PKWY.
MOUNT VERNON, NY 10550
LAWRENCE ROMAN - CHAIRMAN
(914) 776-8000 FAX (914) 668-5017
lroman@wdfinc.net

**W.W.C. CONTRACTING**
356 MEREDITH AVENUE
STATEN ISLAND, NY 10314
RICHARD MARTUCCI - PRESIDENT
(718) 698-9577 FAX-(718) 698-7309
richm@wwccontracting.com
lorim@wwccontracting.com

**WETZEL CONTRACTING CORP.**
271 MADISON AVENUE - RM. #1008
NEW YORK, NY 10016
GERALD WETZEL - PRESIDENT
(212) 481-7743 FAX (212) 481-8475
wetzelcc@aol.com

**WHITESTONE CONSTRUCTION CORP.**
50-52 49TH STREET
WOODSIDE, NY 11377
STEVEN GRZIC - PRESIDENT
(718) 392-1800 FAX (718) 392-6262
sgrzic@whitestonecc.com

**WILLCO**
69-44 GRAND AVENUE - STE. 2
MASPETH, NY 11378
JOHN O'GORMAN - PRESIDENT
(646) 736-9713 (FAX TO FOLLOW)
john@willco.ccm

**THEODORE WILLIAMS CONSTRUCTION COMPANY, LLC**
641 LEXINGTON AVENUE - 24TH FLOOR
NEW YORK, NY 10022
SHELBY JOHNSON - PRESIDENT
(212) 593-9700 FAX (212) 723-6701
sjohnson@twcc-llc.com

**WOODSTOCK FINISHES, INC.**
23 ROSS DRIVE
YORKTOWN HEIGHTS, NY 10598
JOHN PARSONS - PRESIDENT
THOMAS P. ARENA - COO
(914) 472-4099 FAX (914) 723-6701
woodstockatrock@aol.com

**YORKE CONSTRUCTION CORP.**
140 WEST 31ST STREET - 4TH FL.
NEW YORK, NY 10001
ROBERT GOLDBERG - PRESIDENT
(212) 564-8467 FAX (212) 268-0338
rg@yorkeconstruction.com

**ZARKIN, INC.**
811 McLEAN AVENUE - SUITE 2B
YONKERS, NY 10704
FERGUS EGAN - PRESIDENT
(914) 469-1518 FAX (914) 623-7402
fergus@zarkininc.com